IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DERYL BAKER**                                                        **PLAINTIFF**

**v.**                                           **Civil No. 1:20-cv-230-HSO-BWR**

**JAIMIE WABEL,** *et al*                                   **DEFENDANTS**

### ORDER LIFTING THE STAY AND REOPENING THE CASE

BEFORE THE COURT is the [68] Motion to Lift Stay and Reopen Case filed by Plaintiff Deryl Baker. Plaintiff represents that the underlying state criminal proceedings have concluded. *See* Mot. [68]; *see also* Attach. [69]. Defendants conceded that point. Resp. [70]. At 2.

On August 12, 2022, District Judge Halil S. Ozerden stayed and administratively closed this case pending the resolution of the underlying state criminal proceedings against Plaintiff. Order. [67] at 1. Because those proceedings have concluded, the Court will reopen this case and lift the stay.

**IT IS, THEREFORE, ORDERED** that, 68] Motion to Lift Stay and Reopen Case filed by Plaintiff Deryl Baker is **GRANTED**.

**IT IS, FURTHER ORDERDED**, that the Clerk of Court shall reopen the case and the stay of proceeding shall be lifted.

**SO ORDERED**, this the 17th day of January 2023.

                                                           s/ *Bradley W. Rath*
                                                           BRADLEY W. RATH
                                                           UNITED STATES MAGISTRATE JUDGE